IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAM ZALLOUM,

   Appellant,

            Case No.  5D21-1671
v.           LT Case No. 2012-12455-CIDL

THE BANK OF NEW YORK MELLON F/K/A THE BANK
OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE
HOLDERS OF CWALT, INC., ALTERNATIVE LOAN
TRUST 2006-0A11, MORTGAGE PASS-THROUGH
CERTIFICATES, ETC., ET AL.,

   Appellees.
_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Volusia County,
Randell H. Rowe, III, Judge.

Sam Zalloum, Enterprise, pro se.

Nancy M. Wallace, of Akerman LLP, Tallahassee,
Eric M. Levine, of Akerman LLP, West Palm Beach,
and William P. Heller, of Akerman LLP, Fort
Lauderdale, for Appellee, The Bank of New York Mellon.

No Appearance for Remaining Appellees.

PER CURIAM.

  AFFIRMED.

LAMBERT, C.J., TRAVER and NARDELLA, JJ., concur.